UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NEYEMBO MIKANDA,

                    Plaintiff,

-against-

NEW YORK CITY; STATE OF NEW YORK,

                  Defendants.

23-CV-8780 (LTS)

ORDER OF DISMISSAL

LAURA TAYLOR SWAIN, Chief United States District Judge:

      By order dated October 10, 2023, the Court directed Plaintiff to either pay the $402.00 in fees that are required to file a civil action in this court or submit a completed request to proceed *in forma pauperis* ("IFP") within thirty days. On November 1, 2023, the order was returned to the court with a notation on the envelope indicating that the address provided to the court is insufficient. Plaintiff has not complied with the Court's order, has failed to notify the court of a change of mailing address, and has not initiated any further contact with the court, written or otherwise. Accordingly, Plaintiff's complaint, filed IFP pursuant to 28 U.S.C. § 1915(a)(1), is dismissed without prejudice. *See* 28 U.S.C. §§ 1914, 1915.

      The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith, and therefore IFP status is denied for the purpose of an appeal. *Cf. Coppedge v. United States*, 369 U.S. 438, 444–45 (1962) (holding that an appellant demonstrates good faith when he seeks review of a nonfrivolous issue).

2

The Clerk of Court is directed to enter judgment in this action.

SO ORDERED.

Dated:   November 27, 2023
         New York, New York

                                        /s/ Laura Taylor Swain
                                        LAURA TAYLOR SWAIN
                                        Chief United States District Judge